IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. SCRIBNER,<br><br>　　　　Respondent. | Case No. 1:05-cv-01479 LJO TAG HC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSE<br><br>Doc. 16 |

　　On February 14, 2008, Respondent filed a motion requesting an extension of time to March 20, 2008 (Doc. 16), to file a response to the amended petition for writ of habeas corpus, which alleges approximately 18 grounds for relief and consists of 199 pages including attachments. (Doc. 11).

　　FOR GOOD CAUSE SHOWN, the Court makes the following order:

　　1. Respondent's motion for an extension of time to file a response (Doc. 16) is GRANTED;

　　2. Respondent shall have to and including March 20, 2008, to file a response to the amended petition; and

　　3. This order is made nunc pro tunc to February 14, 2008.

IT IS SO ORDERED.

Dated:　**February 22, 2008**　　　　　　　　　　　　　　　　/s/ Theresa A. Goldner
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE