1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   **JOSE ANTHONY TORRES,**                      1:05-cv-1479-LJO-TAG HC

12                              Petitioner,         ORDER GRANTING
                                                    RESPONDENT'S SECOND
13              v.                                  MOTION FOR EXTENSION OF
                                                    TIME TO FILE RESPONSE
14   **J. SCRIBNER,**
                                                    Doc. 18
15                              Respondent.

16

17          GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive

18   pleading be filed on or before April 21, 2008.

19          This order is made nunc pro tunc to March 18, 2008.

20

21

22   IT IS SO ORDERED.

23   Dated:   **March 24, 2008**                    _____/s/ Theresa A. Goldner_____
                                                    UNITED STATES MAGISTRATE JUDGE
24   _____

25

26

27

28