IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ANTHONY TORRES,** | 1:05-cv-01479-LJO-TAG (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S THIRD MOTION FOR EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **J. SCRIBNER,** | (Doc. 21) |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's responsive pleading be filed on or before May 21, 2008.

IT IS SO ORDERED.

Dated:   May 13, 2008                                     /s/ Theresa A. Goldner
                                                  UNITED STATES MAGISTRATE JUDGE